Hani Z. Sayed (SBN 224233)
Bradley A. Chapin (SBN 232885)
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Tel.: 714-641-5100 | Fax: 714-546-9035
hsayed@rutan.com
bchapin@rutan.com
Attorneys for Plaintiff
CVF Motorsports, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CVF MOTORSPORTS, INC. d/b/a CVF Racing, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BOUS PERFORMANCE INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR INJUNCTION AND DAMAGES FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff CVF MOTORSPORTS, INC. ("CVF Racing" or "Plaintiff") as its

Complaint against Defendants BOUS PERFORMANCE INC. ("Bous") and DOES

1 through 10, inclusive (collectively, "Defendants"), alleges as follows:

**JURISDICTION AND VENUE**

1.      This is an action for patent infringement arising under the Patent Laws

of the United States, Title 35, United States Code.  This Court has jurisdiction over

the subject matter of this action pursuant to 28 U.S.C. § 1338(a) (action arising

under an Act of Congress relating to patents) and 28 U.S.C. § 1331 (federal

question).

2.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b)

Rutan & Tucker, LLP
attorneys at law

3047/102645-0001
23831534.4 a07/20/26

-1-

COMPLAINT FOR PATENT
INFRINGEMENT
DEMAND FOR JURY TRIAL

and 28 U.S.C. § 1391(c).  Bous is subject to personal jurisdiction in this Judicial District, resides in this Judicial District, has committed acts of infringement in this Judicial District, and has a regular and established place of business in this Judicial District.

## THE PARTIES

3.     CVF Motorsports, Inc. is a Minnesota corporation with a principal place of business at 618 6th Street NW, New Prague, Minnesota.  CVF Motorsports, Inc. does business under the name CVF Racing.

4.     On information and belief, Bous is a California corporation with a principal place of business at 1510 S. Auto Center Drive, Ontario, California.  On information and belief, Bous has made, used, sold, and/or offered to sell, including in this judicial district, the products that are alleged to infringe Plaintiff's patent as discussed below.

5.     The true names and capacities, whether individual, corporate, associate or otherwise, of defendants DOES 1 through 10, inclusive, are unknown to Plaintiff, which therefore sues said defendants by such fictitious names.  Plaintiff will seek leave of this Court to amend this Complaint to include their proper names and capacities when they have been ascertained.  Plaintiffs are informed and believe, and based thereon allege, that each of the fictitiously named defendants participated in and is in some manner responsible for the acts described in this Complaint and the damage resulting therefrom.

6.     On information and belief, each of the defendants named herein as DOES 1 through 10, inclusive, performed, participated in, or abetted in some manner, the acts alleged herein, proximately caused the damages alleged hereinbelow, and are liable to Plaintiff for the damages and relief sought herein.

## CVF RACING'S BUSINESS

7.     CVF Racing is a leader in design, development, manufacturing, and marketing of premium aftermarket automotive engine parts and accessories,

Rutan & Tucker, LLP
attorneys at law

3047/102645-0001
23831534.4 a07/20/26                                    -2-

COMPLAINT FOR PATENT
INFRINGEMENT
DEMAND FOR JURY TRIAL

including engine accessory mounting brackets and serpentine systems. CVF Racing's products are sold throughout the United States and abroad and are used by CVF Racing's customers in the construction, maintenance, repair, and customization of automobiles.

8. As a developer and designer of innovative products, CVF Racing has a robust intellectual property portfolio that protects its innovations, designs, and brands.

## THE PATENT AT ISSUE

9. The patent that is the subject of this action is United States design patent no. D846,000 S, entitled "Engine Accessory Mounting Bracket" (the "'000 Patent"). CVF Racing owns by assignment the '000 Patent. A true and correct copy of the '000 Patent is attached as **Exhibit "A".**

## BOUS'S WILLFUL INFRINGEMENT

10. It has come to Plaintiff's attention that Bous is making, using, offering to sell, selling, and/or importing into the United States products the design of which are substantially the same as the Engine Accessory Mounting Bracket that is the subject of the '000 Patent, including the "Big Block Chevy 396-454 Serpentine Front Drive Kit" and "Small Block Chevy 283-350 Complete Serpentine Kit."

11. Plaintiff has asked Bous to cease its infringing conduct, but Bous has failed to do so.

## CLAIM FOR RELIEF

### (Patent Infringement – '000 Patent)

12. Plaintiff re-alleges each and every allegation set forth in paragraphs 1 through 11 above, and incorporates them herein by this reference.

13. Defendants make, use, sell, offer for sale, and/or import into the United States products that infringe the '000 Patent.

14. Plaintiff has marked relevant products and/or product literature with the '000 Patent pursuant to 35 U.S.C. § 287. Additionally, on information and belief,

Rutan & Tucker, LLP
attorneys at law

3047/102645-0001
23831534.4 a07/20/26                          -3-

COMPLAINT FOR PATENT
INFRINGEMENT
DEMAND FOR JURY TRIAL

Defendants have had actual knowledge of the '000 Patent for some time.  On information and belief, Defendants' infringement of the '000 Patent has been and will continue to be willful, wanton, and deliberate with full knowledge and awareness of Plaintiff's patent rights.

15.    Plaintiff has been damaged in an amount to be determined at trial, but which is no less than a reasonable royalty, and irreparably injured by Defendants' infringing activities.  Plaintiff will continue to be so damaged and irreparably injured unless such infringing activities are enjoined by this Court.

16.    Moreover, in light of the willful nature of Defendants' conduct, this case should be deemed "exceptional" under the Patent Laws.  As a result, in addition to damages, Plaintiff is entitled to enhanced damages and its attorneys' fees and costs incurred herein.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

1.    That Defendants, their officers, directors, agents, servants, employees, and all persons and entities in active concert or participation with them, or any of them, be preliminarily and permanently enjoined and restrained from further infringement of the '000 Patent;

2.    A judgment by the Court that Defendants have infringed and are infringing the '000 Patent

3.    An award of damages and/or Defendants' profits for infringement of the '000 Patent, together with prejudgment interest and costs, said damages and/or profits to be trebled by reason of the intentional and willful nature of Defendants' infringement, as provided by 35 U.S.C. § 284;

4.    A determination that this case is "exceptional" under 35 U.S.C. § 285, and an award of Plaintiff's reasonable attorneys' fees;

5.    That any monetary award include pre- and post-judgment interest at the highest rate allowed by law;

Rutan & Tucker, LLP
attorneys at law

3047/102645-0001
23831534.4 a07/20/26                    -4-                    COMPLAINT FOR PATENT
INFRINGEMENT
DEMAND FOR JURY TRIAL

6.    For costs of suit; and

7.    For such other and further relief as the Court may deem just and proper.

Dated:  July 21, 2026

RUTAN & TUCKER, LLP
HANI Z. SAYED
BRADLEY A. CHAPIN

By:    /s/ HANI Z. SAYED
Hani Z. Sayed
Attorneys for Plaintiff
CVF Motorsports, Inc. d/b/a CVF Racing

Rutan & Tucker, LLP
attorneys at law

3047/102645-0001
23831534.4 a07/20/26

-5-

COMPLAINT FOR PATENT
INFRINGEMENT
DEMAND FOR JURY TRIAL

## DEMAND FOR JURY TRIAL

Pursuant to Local Rule 38-1 of the Local Rules of the United States District Court for the Central District of California, Plaintiff hereby demands a jury trial in this action.

Dated:  July 21, 2026

RUTAN & TUCKER, LLP
HANI Z. SAYED
BRADLEY A. CHAPIN


By:_____/s/ HANI Z. SAYED_____
Hani Z. Sayed
Attorneys for Plaintiff
CVF Motorsports, Inc. d/b/a CVF
Racing

Rutan & Tucker, LLP
attorneys at law

3047/102645-0001
23831534.4 a07/20/26

-6-

COMPLAINT FOR PATENT
INFRINGEMENT
DEMAND FOR JURY TRIAL